### 24255. HEAD v. AYCOCK et al.

DUCKWORTH, Chief Justice. The only questions involved in this case are: (1) could the client in a divorce case discharge her attorney without cause; and (2) what additional compensation is he entitled to and by whom must it be paid? It is obvious that the case is not among those within the exclusive jurisdiction of the Supreme Court under the Constitution, Art. VI, Sec. II, Par. IV (Const. of 1945, *Code Ann.* § 2-3704).

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED SEPTEMBER 14, 1967—DECIDED SEPTEMBER 21, 1967.

*Hugh G. Head, Jr.,* for appellant.

Walter Aycock, *pro se, George Mitchell, George G. Finch, G. Seals Aiken, M. L. Kahn, Garland & Garland, Reuben A. Garland,* for appellees.